IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER, et al.,    )
                             )
    Plaintiffs,               )
                             )
                             )    CIVIL ACTION NO.
    v.                        )      2:16cv798-MHT
                             )
JAMES V. PERDUE, in his      )
official capacity as the     )
Commissioner of the          )
Alabama Department of        )
Mental Health,               )
                             )
    Defendant.                )
```

ORDER

Based on the representations made on the record on November 29, 2016, it is ORDERED as follows:

(1) The plaintiffs are allowed leave to file an amended complaint by no later than December 23, 2016.

(2) The defendant's motion to dismiss (doc. no. 9) is denied with leave to renew.

DONE, this the 30th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE