UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 19, 2017

# NOTICE OF NON-COMPLIANCE

**To: ALL COUNSEL OF RECORD**

**Case Style: Hunter et al v. Perdue**

**Case Number: 2:16-cv-00798-MHT**

**Referenced Document: Notices of Service of Discovery**

**Docket Entry Number: 41, 43, & 44**

**The referenced documents were electronically filed on *** January 13, 2017 and January 18, 2017 **** in this case and are not in compliance with the local rules and/or administrative procedures of this court.**

********These documents are discovery and are not allowed pursuant to Local Rule 26.3 NON-FILING OF CIVIL DISCOVERY.**

**These documents are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these documents on the court's docket. Parties should be aware that the striking of these entries does not affect their responsibilities as to the discovery process.**