# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

You will be affected by the proposed settlement of a claim made under the Due Process Clause of the Fourteenth Amendment to the United States Constitution in the lawsuit styled *Hunter, et al. v. Perdue*, Case No. 2:16-cv-798-MHT-CSC, in the United States District Court for the Middle District of Alabama. This notice summarizes the claim in the lawsuit, what the proposed settlement entails, and your rights under the proposed Settlement Agreement.

1. **What is the issue in the lawsuit?**

Whether the Commissioner of the Alabama Department of Mental Health (ADMH) has failed to timely provide court-ordered inpatient mental evaluations and competency restoration treatment, which currently occur only at the Taylor Hardin Secure Medical Facility, to persons charged with a crime in Alabama and incarcerated in city and county jails and Alabama Department of Corrections (ADOC) facilities throughout the State.

2. **Who is affected by the settlement?**

A Class Member is any person who has been or will be charged with a crime in Alabama, is incarcerated, and who has been ordered to receive an inpatient mental evaluation and committed to the custody of ADMH for that purpose or who has been found incompetent to stand trial, ordered to receive competency restoration treatment, and committed to the custody of ADMH for that purpose.

If you have any questions as to whether you are affected by this settlement, contact the Class Counsel referred to in Question 6 on Page 2 of this Notice.

3. **What is the proposed settlement?**

The Plaintiffs and the ADMH Commissioner have reached a proposed Settlement Agreement that would release the ADMH Commissioner from any further liability related to this claim.

The proposed Settlement Agreement requires the ADMH Commissioner to do the following, subject to Court approval:
- within 24 months, provide court-ordered outpatient mental evaluations to incarcerated criminal defendants suspected of being incompetent to stand trial within 30 days;
- within 24 months, provide court-ordered inpatient mental evaluations to incarcerated criminal defendants suspected of being incompetent to stand trial within 30 days;
- within 24 months, provide court-ordered to competency restoration treatment to criminal defendants found incompetent to stand trial within 30 days;
- create and operate 49 new hospital forensic beds;
- create and operate 52 new community forensic beds
- educate court personnel, sheriffs, and lawyers regarding the time periods for the ADMH Commissioner's provision of mental evaluations and competency restoration treatment to incarcerated criminal defendants.

The Settlement Agreement also creates a system to monitor the ADMH Commissioner's compliance with the settlement agreement and requires the ADMH Commissioner to pay fees to the court-approved monitor and attorneys' fees to the lawyers who represented the class members.

You have the right to learn more about the proposed settlement.  A copy of the proposed Settlement Agreement is enclosed with this Notice.  If you are unable to read or understand the Settlement Agreement, contact Class Counsel referred to in Question 6 below.

**4.  Who represents the individuals affected by the settlement?**

The lawyers representing class members ("Class Counsel") are M. Geron Gadd of the Alabama Disabilities Advocacy Program, 400 South Union Street, Suite 280, Montgomery, Alabama 36104, Henry F. (Hank) Sherrod III, 119 South Court Street, Florence, Alabama 35630, and Randall C. Marshall, ACLU of Alabama Foundation, P.O. Box 6179, Montgomery, Alabama 36106-0179.

**5.  What are your options?**

The United States District Court for the Middle District of Alabama has preliminarily approved the Settlement Agreement but will hold a hearing to determine whether it is fair, reasonable, and adequate on August 3, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104.  You may request to appear at the hearing if you submit a written objection or comment regarding the settlement using the attached "Response to Proposed Class Action Settlement" form or your own paper.  The Court will decide which class members will testify.  Class members who do not appear will be represented by Class Counsel.

If you have objections, comments, or statements about the proposed Settlement Agreement, you must make them in writing using the attached "Response to Proposed Class Action Settlement" form or your own paper.  If you choose to send an objection, comment, or statement, you must include your full name, all objections or comments and the reasons for them, any and all supporting papers (including all briefs, written evidence, and declarations), and your signature.  If you are sending supporting papers, do not send originals because they will not be returned to you.  **Written objections, comments, and statements should be sent to the following address**:  **M. Geron Gadd, Alabama Disabilities Advocacy Program, 400 South Union Street, Suite 280, Montgomery, Alabama 36104**.  They must be submitted or postmarked by June 26, 2017  Written objections and comments sent to this address will be consolidated and submitted to the Court on June 30, 2017, in advance of the August 3 hearing.

**<u>Any objections, comments, or statements that do not comply with the above procedures and timeline will not be heard or considered by the Court.</u>**

**6.  How can you get more information?**

If you have any questions about the matters contained in this notice or any questions regarding the proposed Settlement Agreement, you may write or call Class Counsel below:

M. Geron Gadd
ALABAMA DISABILITIES ADVOCACY PROGRAM
400 South Union Street, Suite 280
Montgomery, Alabama 36104
(334) 240-0994

## RESPONSE TO PROPOSED CLASS ACTION SETTLEMENT

<u>*Hunter, et al. v. Perdue*</u>**, Case No. 2:16-cv-798-MHT-CSC (M.D. Ala.)**

Full Name: _____

Address: _____

_____

_____

Criminal Case No.: _____

Criminal Attorney: _____

Objections/Comments/Statements:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need additional space, you may continue writing on the other side of the page or attach additional pages.)

**Do you want to provide oral testimony to the Court regarding the settlement?  Yes \_\_ No \_\_**

Date: _____         Signature: _____