EXHIBIT D

[Date]

[Name]
Clerk of Court
Circuit Court of [_____] County
[Insert Address]

Re:     Notice of Proposed Class Action Settlement

Dear [Name]:

The parties have reached a proposed settlement in the class action lawsuit styled *Hunter, et al. v. Perdue*, Case No. 2:16-cv-798-MHT-CSC, in the United States District Court for the Middle District of Alabama. The Settlement Class in this lawsuit includes persons suspected of being incompetent to stand trial and ordered to receive an inpatient mental evaluation and those found incompetent to stand trial and ordered to receive competency restoration treatment.

In an effort to provide notice to all existing class members, we are requesting that you post the enclosed Notice of Proposed Class Action Settlement in a public area of the courthouse where public information and/or similar notices are commonly displayed.

If you have any questions regarding this notice, please contact M. Geron Gadd at (334) 240-0994 or Thomas B. Klinner at [INSERT].

Very truly yours,


M. Geron Gadd                                   Thomas B. Klinner
Senior Staff Attorney                           General Counsel
Alabama Disabilities Advocacy Program           Alabama Department of Mental Health
Counsel for Plaintiffs                          Counsel for Defendant

Enclosure