IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | (WO) |
| LYNN T. BESHEAR, in her | ) | |
| official capacity as the | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Mental Health, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) On January 25, 2021, the parties are to file a joint report on whether the consent decree (doc. no. 94) should be terminated and this case dismissed pursuant to § X in the consent decree (doc. no. 94).

(2) On January 25, 2019, and, again, on January 27, 2020, the parties are to file a joint report on the

status of compliance with the consent decree (doc. no. 94).

DONE, this the 29th day of January, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE