IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:16cv798-MHT |
| | ) | (WO) |
| LYNN T. BESHEAR, in her | ) | |
| official capacity as the | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Mental Health, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

Because the court has already approved attorneys' fees in the amount of $ 275,000, *see Hunter v. Beshear*, No. 2:16cv798-MHT, 2018 WL 564856 at *2, *20 (M.D. Ala. Jan. 25, 2018) (Thompson, J.), it is ORDERED as follows:

(1) The motion for attorneys' fees and non-taxable expenses (doc. no. 96) is granted as to the amount of $ 275,000.

(2) The plaintiffs shall recover from defendant the sum of $ 275,000.

(3) The motion for attorneys' fees and non-taxable expenses (doc. no. 96) remains pending as to the additional amount of $ 67,986.00.

DONE, this the 12th day of February, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**