UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>LYNN T. BESHEAR, in her official capacity as Commissioner of the Alabama Department of Mental Health,<br><br>Defendant. | CASE NO. 2:16-cv-00798-MHT-CSC<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

**JOINT STATEMENT OF THE PARTIES REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES**

The Parties to the above-styled action hereby state as follows regarding Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Expenses ("Plaintiffs' Motion for Fees and Expenses"), ECF No. 96:

1. Pursuant to the Court's Final Settlement Approval Order entered January 25, 2018, Plaintiffs filed the above-referenced motion for fees and expenses on February 2, 2018.

2. On February 12, 2018, the Court noted its approval of $275,000 in attorneys' fees and expenses for Plaintiffs' counsel in its January 25, 2018 Final Settlement Approval Order. The balance of Plaintiffs' request for attorneys' fees and expenses was referred to the Honorable Charles S. Coody, United States Magistrate Judge, for consideration and disposition. *See* ECF Nos. 98, 99.

3. On February 20, the Parties attended a status conference regarding Plaintiffs' Motion for Fees and Expenses and the motion was set for mediation on March 20, 2018. *See* ECF No. 102.

4. Since that time, the Parties have negotiated Plaintiffs' fee request in good faith. The Parties have reached an agreement to resolve the balance of Plaintiffs' fee request (i.e., the fees earned and expenses incurred by Plaintiffs after March 13, 2018). The Parties' agreement provides for Defendant Lynn T. Beshear's payment of $66,794.00 in attorneys fees and $8,688.84 in expenses for the period from March 14, 2017 through January 25, 2018.

Dated: March 19, 2018 Respectfully submitted,

/s/ M. Geron Gadd
M. Geron Gadd (ASB-0601-J98S)
ALABAMA DISABILITIES ADVOCACY PROGRAM
400 South Union Street, Suite 280
Montgomery, AL 36104
Telephone: (334) 240-0994
Facsimile: (334) 240-0996
Email: mggadd@adap.ua.edu

William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
ALABAMA DISABILITIES ADVOCACY PROGRAM
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr.,*

*Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

Randall C. Marshall (ASB-3023-A56M)
ACLU OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone: (334) 420-1741
Facsimile: (334) 269-5666
rmarshall@aclualabama.org

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee*

/s/ Thomas B. Klinner
Thomas B. Klinner (KLI003)
Edward C. Hixon (HIX003)
Ashley L. Nichols (NIC040)
Nancy S. Jones (JON032)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@mh.alabma.gov

*Attorneys for Defendant Lynn T. Beshear*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 19th day of March, 2018.

| | |
|---|---|
| M. Geron Gadd<br>Alabama Disabilities Advocacy Program<br>400 South Union Street, Suite 280<br>Montgomery, AL 36104<br>mggadd@adap.ua.edu<br><br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, AL 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Randall C. Marshall<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>rmarshall@aclualabama.org | |

/s/ M. Geron Gadd______________
M. Geron Gadd (ASB-0602-J98S)
Counsel for Plaintiffs