```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEMONTRAY HUNTER, et al.,    )
                             )
    Plaintiffs,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:16cv798-MHT
                             )
LYNN T. BESHEAR, in her      )
official capacity as the     )
Commissioner of the          )
Alabama Department of        )
Mental Health,               )
                             )
    Defendant.               )
```

### ORDER

Based on the representations made on the record on February 12, 2019, it is ORDERED as follows:

(1) By noon on April 1, 2019, the parties are to file a joint status report regarding defendant Lynn T. Beshear's current non-compliance with the consent decree (doc. no. 94).

(2) By noon on February 14, 2019, the parties are to file a joint statement as to what the joint status report should contain.

(3) Another on-the-record status conference is set for April 3, 2019, at 10:00 a.m.  The clerk of the court is to arrange for the conference to be conducted by telephone.

DONE, this the 13th day of February, 2019.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**