UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,  Plaintiffs,  v.  LYNN T. BESHEAR, in her official capacity as Commissioner of the Alabama Department of Mental Health,  Defendant. | CASE NO. 2:16-cv-00798-MHT CSC  CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

**JOINT MOTION TO EXTEND DEADLINES IN SCHEDULE
FOR PREPARATION AND IMPLEMENTATION OF JOINT REMEDIAL PLAN**

The named Plaintiffs as class representatives, the Alabama Disabilities Advocacy Program, and Lynn T. Beshear, Commissioner of the Alabama Department of Mental Health (hereinafter "ADMH"), jointly submit this Motion to Extend the deadlines of the Schedule for Preparation and Implementation of Remedial Plan contained in the Order on Joint Remedial Plan for

1

Noncompliance with Consent Decree entered by this Court on April 12, 2019 (Doc. 125) as set forth below:

| Deadline | Activity |
|---|---|
| June 15, 2019 | ADMH engages compliance consultant selected after consultation with Plaintiffs |
| July 17, 2019 | Compliance consultant submits report outlining barriers to compliance with the Consent Decree's timelines for service provision, which is shared with Plaintiffs within one business day |
| August 1, 2019 | Compliance consultant submits to defendant a remedial plan to address compliance barriers outlined in consultant's initial report, which is shared with plaintiffs on the same day |
| August 3, 2019 | Parties meet and confer regarding the consultant's remedial plan |
| August 24, 2019 | ADMH provides plaintiffs with amended remedial plan, if necessary |
| September 1, 2019 | Amendments to remedial plan, if any, are complete, and ADMH implementation of remedial plan begins |
| September 2, 2019 | ADMH provides plaintiffs final version of remedial plan |
| October 1, 2019 | Implementation of remedial plan complete, and the plan is filed with the court |
| October 16, 2019 | ADMH provides plaintiffs with a written status report on compliance following implementation of remedial plan |
| November 1, 2019 | Parties meet and confer regarding status of compliance, if necessary |
| November 15, 2019 | Parties file joint status report regarding compliance with the consent decree |

The remaining portions of this Court's Order on Joint Remedial Plan for Noncompliance with Consent Decree (Doc. 125) not involving the aforementioned dates shall remain in full force and effect.  The amendments to the schedule set forth above are necessary because the Legislative Contract Review Committee, which meets once monthly, must review the consultant's contract prior to its execution by the Governor.

Dated: May 9, 2019                   Respectfully submitted,

/s/ M. Geron Gadd
M. Geron Gadd (ASB-0601-J98S)
ALABAMA DISABILITIES ADVOCACY PROGRAM
400 South Union Street, Suite 280
Montgomery, AL 36104
Telephone:  (334) 240-0994
Facsimile:  (334) 240-0996
Email:  mggadd@adap.ua.edu

William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
Shandra N. Monterastelli (ASB-1016-N00Q)
ALABAMA DISABILITIES ADVOCACY PROGRAM
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone:  (205) 348-4928
Facsimile:  (205) 348-3909
Email:  wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu smonterastelli@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D.
Senn, and Travis S. Parks, Vandarius S. Darnell, Frank
White, Jr.,  Marcus Jackson, Timothy D. Mount, and
Henry P. McGhee  and Plaintiff Alabama Disabilities
Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H) HENRY
F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone:  (256) 764-4141
Facsimile:  (877) 864-0802
Email:  hank@alcivilrights.com
Randall C. Marshall (ASB-3023-A56M)
ACLU OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36106
Telephone:  (334) 420-1741
Facsimile:  (334) 269-5666
rmarshall@aclualabama.org

*Attorneys for Plaintiffs Demontray Hunter, Russell D.
Senn, and Travis S. Parks, Vandarius S. Darnell, Frank
White, Jr.,  Marcus Jackson, Timothy D. Mount, and
Henry P. McGhee*

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
Nancy S. Jones (ASB-4740-S66N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building

3

100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@bryce.mh.alabma.gov

*Attorneys for Defendant Lynn T. Beshear*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 9th day of May, 2019.

| | |
|---|---|
| M. Geron Gadd<br>Alabama Disabilities Advocacy Program<br>400 South Union Street, Suite 280<br>Montgomery, Alabama 36104<br>mggadd@adap.ua.edu<br><br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Shandra N. Monterastelli<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@bryce.mh.alabma.gov |
| Henry F. (Hank) Sherrod III  Henry<br>F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Randall C. Marshall<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>rmarshall@aclualabama.org | |

/s/ M. Geron Gadd
M. Geron Gadd (ASB-0602-J98S)
Counsel for Plaintiffs

6