IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>LYNN T. BESHEAR, in her )<br>official capacity as the )<br>Commissioner of the )<br>Alabama Department of )<br>Mental Health, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:16cv798-MHT |

ORDER EXTENDING DEADLINES IN JOINT REMEDIAL PLAN FOR NONCOMPLIANCE WITH CONSENT DECREE

It is ORDERED that:

(1) The joint motion to extend deadlines (doc. no. 126) is granted.

(2) The order on the joint remedial plan for noncompliance with consent decree (doc. no. 125) is amended only to the extent that schedule for preparation and implementation of the remedial plan in section I is reset as follows:

| Deadline | Activity |
|---|---|
| June 15, 2019 | ADMH engages compliance consultant selected after consultation with plaintiffs |
| July 17, 2019 | Compliance consultant submits report to defendant outlining barriers to compliance with the consent decree's timelines for service provision, which is shared with plaintiffs within one business day |
| August 1, 2019 | Compliance consultant submits to defendant a remedial plan to address compliance barriers outlined in consultant's initial report, which is shared with plaintiffs on the same day |
| August 3, 2019 | Parties meet and confer regarding the consultant's remedial plan |
| August 24, 2019 | ADMH provides plaintiffs with amended remedial plan, if necessary |
| September 1, 2019 | Amendments to remedial plan, if any, are complete, and ADMH implementation of remedial plan begins |
| September 2, 2019 | ADMH provides plaintiffs final version of remedial plan |
| October 1, 2019 | Implementation of remedial plan is complete, and the plan is filed with the court |
| October 16, 2019 | ADMH provides plaintiffs with a written status report on compliance following implementation of remedial plan |

3

| November 1, 2019 | Parties meet and confer regarding status of compliance, if necessary |
| November 15, 2019 | Parties file joint status report regarding compliance with the consent decree |

**DONE, this the 10th day of May, 2019.**

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**