IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER, et al.,     )
                              )
    Plaintiffs,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:16cv798-MHT
                              )             (WO)
LYNN T. BESHEAR, in her       )
official capacity as the      )
Commissioner of the           )
Alabama Department of         )
Mental Health,                )
                              )
    Defendant.                )
```

**ORDER EXTENDING DEADLINES IN JOINT REMEDIAL PLAN FOR NONCOMPLIANCE WITH CONSENT DECREE**

It is ORDERED that:

(1) The joint motion to extend deadlines (doc. no. 130) is granted.

(2) The order on the joint remedial plan for noncompliance with consent decree (doc. no. 125) is amended only to the extent that schedule for preparation and implementation of the remedial plan in

section I is reset as follows, in accordance with the joint proposed schedule (doc. no. 133):

| Deadline | Activity |
|---|---|
| November 4, 2019 | Parties are to file joint agreed remedial plan, or defendant to file final proposed remedial plan. |
| November 11, 2019 | Plaintiffs to file objections to defendant's proposed plan, if applicable. |
| December 2, 2019 | Implementation of plan complete. |
| December 16, 2019 | Defendant to provide plaintiffs with a written status report on compliance following implementation of plan. |
| January 6, 2020 | Parties to meet and confer regarding status of compliance. |
| January 20, 2020 | Parties to file joint status report regarding compliance with the consent decree. |

DONE, this the 30th day of August, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**