IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al.,   ) | |
| ) | |
|     Plaintiffs,           ) | |
| ) | |
| ) | CIVIL ACTION NO. |
|     v.                    ) | 2:16cv798-MHT |
| ) | (WO) |
| LYNN T. BESHEAR, in her   ) | |
| official capacity as the  ) | |
| Commissioner of the       ) | |
| Alabama Department of     ) | |
| Mental Health,            ) | |
| ) | |
|     Defendant.            ) | |

### ORDER

Upon consideration of the parties' stipulation (doc. no. 137), it is ORDERED as follows:

(1) The parties' stipulation (doc. no. 137) is approved and is adopted in full as the order of the court, and the parties are to comply with the provisions in said stipulation.

(2) The parties' request to extend the time for court supervision and monitoring by one year, as contained in the stipulation (doc. no. 137), is granted

in full, with, among other things, court supervision and monitoring extended to January 28, 2022. The schedule of monitoring periods will be as follows:

| February 1, 2021 – April 30, 2021 | Report due May 7, 2021 |
| --- | --- |
| May 1, 2021 – July 31, 2021 | Report due August 6, 2021 |
| August 1, 2021 – October 31, 2021 | Report due November 5, 2021 |
| November 1, 2021 – January 28, 2022 | Final report due February 4, 2022 |

DONE, this the 4th day of November, 2019.

　　　　　　　　　　　　　　　__/s/ Myron H. Thompson__
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**