IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | |
| KIMBERLY G. BOSWELL, in her official capacity as the Commissioner of the Alabama Department of Mental Health, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pursuant to the notice of substitution of party under Federal Rule of Civil Procedure 25(d) (doc. no. 169), it is ORDERED that Kimberly G. Boswell, in her official capacity as the Commissioner of the Alabama Department of Mental Health, is substituted for Lynn T. Beshear as the defendant in this case. Defendant Beshear is terminated as a party.

DONE, this the 4th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE