IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al.,   ) | |
| )  | |
| Plaintiffs,            ) | |
| )  | CIVIL ACTION NO. |
| v.                ) | 2:16cv798-MHT |
| )  | (WO) |
| KIMBERLY G. BOSWELL, in    ) | |
| her official capacity as   ) | |
| the Commissioner of the    ) | |
| Alabama Department of      ) | |
| Mental Health,             ) | |
| )  | |
| Defendant.            ) | |

### ORDER

Based on the representations made on the record on February 22, 2021, it is ORDERED that the plaintiffs are to file, by 9:30 a.m. on February 24, 2021, the charts they showed to the court during the status conference on February 22, 2021, along with brief explanations of each chart that appears in the presentation.

DONE, this the 23rd day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE