IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al.,  ) | |
| )  | |
| Plaintiffs,            )  | |
| )  | CIVIL ACTION NO. |
| v.                    )  | 2:16cv798-MHT |
| )  | (WO) |
| KIMBERLY G. BOSWELL, in )  | |
| her official capacity as )  | |
| the Commissioner of the )  | |
| Alabama Department of  )  | |
| Mental Health,         )  | |
| )  | |
| Defendant.            )  | |

### ORDER

During the status conference on February 26, 2021, the parties agreed (subject to defense counsel's clearance with others) that jurisdiction and monitoring of the consent decree should be extended by at least one year, based on the parties' agreed-upon understanding that the consent decree provides for such an extension if defendant is out of compliance on any one of three primary metrics monitored in this case: outpatient mental evaluations, inpatient mental evaluations, and competency restoration treatment. Monitoring is

currently scheduled to conclude on January 28, 2022.  *See* Order (Doc. 138).  The parties also represented that they could provide the court a joint filing within 14 days indicating whether their agreement is to extend monitoring for one or two years.

Accordingly, it is ORDERED that the parties are to file a joint notice on or before March 12, 2021, indicating whether they have agreed to a one-year or two-year extension of jurisdiction and monitoring of the consent decree in this case.

DONE, this the 1st day of March, 2021.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**