IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al.,  )<br>    )<br>    Plaintiffs,  )<br>    )<br>  v.    )<br>    )<br>KIMBERLY G. BOSWELL, in  )<br>her official capacity as  )<br>the Commissioner of the  )<br>Alabama Department of  )<br>Mental Health,  )<br>    )<br>    Defendant.  ) | CIVIL ACTION NO.<br>2:16cv798-MHT<br>(WO) |

ORDER

It is ORDERED that the parties' joint request for extension of the consent decree (Doc. 180) is granted. Per the parties' request, court supervision and monitoring in this case will be extended by one year to January 28, 2023. The schedule of monitoring periods will be as follows:

| | |
|---|---|
| February 1, 2022 – April 30, 2022 | Report due May 7, 2022 |
| May 1, 2022 – July 31, 2022 | Report due August 6, 2022 |
| August 1, 2022 – October 31, 2022 | Report due November 5, 2022 |

| November 1, 2022 – January 28, 2023 | Final report due February 4, 2023 |

DONE, this the 11th day of March, 2021.

                                         /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**