IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER, et al.,  )
                           )
     Plaintiffs,           )
                           )     CIVIL ACTION NO.
     v.                    )      2:16cv798-MHT
                           )         (WO)
KIMBERLY G. BOSWELL, in    )
her official capacity as   )
the Commissioner of the    )
Alabama Department of      )
Mental Health,             )
                           )
     Defendant.            )
```

ORDER

Upon review of the parties' joint response regarding the need for further engagement of a consultant (Doc. 183), it is ORDERED that the court will not take any further action with regard to the parties' retaining such a consultant at this time, in light of the parties' agreement that a consultant is not currently necessary to assist the State with developing its proposed remedial plan.

DONE, this the 29th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE