UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,<br><br>Defendant. | CASE NO. 2:16-cv-00798-MHT-CSC<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

**DEFENDANT'S REPORT ON STATUS OF COMPLIANCE WITH CONSENT DECREE**

The named Defendant, Kimberly G. Boswell, Commissioner of the Alabama Department of Mental Health, submits this report as ordered by the Court on June 7, 2021 on the status of compliance with the Consent Decree entered in this action on January 25, 2018 (*See* Order ECF No. 191; Consent Decree, ECF No. 94).

The parties held a status conference with the Court on May 28, 2021 concerning Defendant's compliance with the Consent Decree. The Defendant at said status conference expressed confidence that ADMH could achieve substantial compliance with the Consent Decree (outpatient evaluations only) by February 2022.

Subsequently, on June 7, 2021, the Court ordered the Alabama Department of Mental Health to submit proposed benchmarks against which progress can be measured for the next nine months, enabling Plaintiffs and the Court to identify lingering challenges and consider whether additional remedial plans are necessary.

ADMH submits the following benchmarks, including proposed quantitative outcomes for both outpatient mental evaluations and competency restoration, which will demonstrate satisfactory progress towards substantial compliance on both metrics.

**August 2nd, 2021**

The longest wait period for an outpatient evaluation will be 60 days.

**November 1st, 2021**

The longest wait period for an outpatient evaluation will be 45 days.

**February 1, 2022**

The longest wait period for an outpatient evaluation will be 34 days.

The Office of Forensic Mental Health Services is piloting a Competency Restoration Program that will standardize the competency restoration process and potentially decrease the time it takes for a defendant to be restored to competency. Our goal is to restore defendants to competency within 6 months, on average. This program is currently being piloted within the inpatient sector with a plan to expand the use of the program to the outpatient sector within at least

one area of the state. If the pilot program is successful and effective, then plans will be developed to implement the program across other regions of the state.

Dated: June 22, 2021

Respectfully submitted,

/s/ Thomas B. Klinner______________________

Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
Nancy S. Jones (ASB-4740-S66N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@mh.alabma.gov

*Attorneys for Defendant Kimberly G. Boswell*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 22nd day of June 2021.

| | |
|---|---|
| Shandra N. Monterastelli<br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant