IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, et al., )<br>  )<br>   Plaintiffs, )<br>  )<br>   v. )<br>  )<br>KIMBERLY G. BOSWELL, in )<br>her official capacity as )<br>the Commissioner of the )<br>Alabama Department of )<br>Mental Health, )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:16cv798-MHT<br>(WO) |

### ORDER

Based on the representations made on the record on November 12, 2021, and in accordance with the court's order on March 22, 2021 (Doc. 182), it is ORDERED that:

(1) The status conference set for December 20, 2021, is canceled.

(2) Additional status conferences to assess the State's progress will be held at 9:00 a.m. on each of the following dates: February 25, 2022; May 13, 2022, August 19, 2022; and November 10, 2022. The courtroom deputy is to arrange for these status conferences to be

conducted by videoconference. After the last of the conferences listed above, the court will re-assess whether further conferences are necessary.

(3) Three business days before each status conference listed above, the parties should file a joint report explaining what steps have been taken (including meeting the informal benchmarks and addressing the challenges posed by COVID-19) to improve ADMH's noncompliance since the previous status conference.

DONE, this the 15th day of November, 2021.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**