UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM, | CASE NO. 2:16-cv-00798-MHT-CSC |
| | CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |
| Plaintiffs, | |
| v. | |
| LYNN T. BESHEAR, in her official capacity as Commissioner of the Alabama Department of Mental Health, | |
| Defendant. | |

## NOTICE OF SUBMISSION OF MONITORING REPORT

The Alabama Disabilities Advocacy Program, as the monitor designated in the Consent Decree entered in this action, ECF No. 94, hereby gives notice of its submission of the Monitoring Reports for the November 1, 2020 – January 31, 2021 and February 1, 2021 – April 30, 2021 Monitoring Periods, on May 27, 2021. The Monitoring Reports in their entirety are only submitted to the Defendant, and do not go to the Court; therefore, they are not attached to this Notice of Submission.

Dated: November 18, 2021

Respectfully submitted,

/s/Shandra N. Monterastelli
Shandra N. Monterastelli (ASB-1016-N00Q)
William Van Der Pol, Jr. (ASB-2112-114F)
Larry G. Canada (ASB-3153-N73L)
Lonnie J. Williams (ASB-2866-I35W)
ALABAMA DISABILTIES ADVOCACY PROGRAM

500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: smonterastelli@adap.ua.edu
        lcanada@adap.ua.edu
        wvanderpoljr@adap.ua.edu
        lwilliams@adap.ua.edu

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 18th day of November, 2021.

| | |
|---|---|
| Shandra N. Monterastelli<br>Larry G. Canada<br>William Van Der Pol, Jr.<br>Lonnie J. Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>smonterastelli@adap.ua.edu<br>lcanada@adap.ua.edu<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabama.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Randall C. Marshall<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>rmarshall@aclualabama.org | |

/s/Shandra N. Monterastelli
Shandra N. Monterastelli (ASB-1016-N00Q)
Alabama Disabilities Advocacy Program