UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,

    Plaintiffs,

v.

KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,

    Defendant.

CASE NO. 2:16-cv-00798-MHT-CSC

CLASS ACTION FOR

DECLARATORY AND

INJUNCTIVE RELIEF

1

## JOINT STATUS REPORT

The named Plaintiffs as class representatives, the Alabama Disabilities Advocacy Program, and the named Defendant, Kimberly G. Boswell, Commissioner of the Alabama Department of Mental Health (the Department), submit this report as ordered by the Court on June 7, 2021 on the status of compliance with the Consent Decree entered in this action on January 25, 2018 (see Order ECF No. 191; Consent Decree, ECF No. 94), and in compliance with the Court's Order of March 22, 2021 (ECF No. 182).

**DEFENDANT'S STATUS UPDATE**

Since the parties' last status hearing before this Court, the Department has continued to reduce the backlog of incarcerated defendants awaiting outpatient evaluations. The Department's most recent report to the monitor continues to demonstrate compliance with the Consent Decree, with an average of 20 days from receipt of the order to evaluation for competency to stand trial. Several outliers persist over 30 days due to various circumstances beyond the Department's control. However, the longest outlier was approximately 80 days, as opposed to outliers waiting hundreds of days in the past.

The Department will continue to use its evaluators in the most efficient manner possible to stay in substantial compliance and will ask for relief from the Consent Decree as far as providing outpatient evaluations at the proper time.

The Department is still utilizing Covid-19 protocols to reduce infection and transmission for its inpatient admissions. However, the Department has been able to admit at a faster pace as Covid-19 quarantine protocols have been adjusted to allow an initial 5-day quarantine instead of 10 days previously per medical guidelines. Taylor Hardin Secure Medical Facility is currently

utilizing 138 of its 140 beds. The remaining beds will be filled as soon as possible. The Department had two emergency placement requests during the previous monitoring period which did not meet the criteria for emergency placement and were therefore declined.

The inpatient waitlist has increased to 139 as of mid-February due to increased pace of orders from Circuit Courts. The Department's newly constructed 16-bed forensic hospital-like facility in Greenville, Alabama (The Norman-McLendon Facility) has been open since November 2021. Five patients have been admitted so far with 4 more patients scheduled to arrive in the next few weeks. The remaining beds will be filled on a structured pace as quickly as practicable. It should also be noted that competency restoration is available at the Norman-McLendon Facility.

The Department continues to fully utilize 26 inpatient beds at Hill Crest Hospital in Birmingham for inpatient treatment, evaluation, and competency restoration.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATUS UPDATE**

Plaintiffs commend Defendant for the Department's continued forward progress toward Substantial Compliance with the timeframes for provision of Outpatient Mental Evaluations. When taking into account out-of-order provision of services, Defendant was well under the 34-day timeframe for Substantial Compliance, and even when calculated in date-of-receipt order, Defendant was still well under the 34-day timeframe. Plaintiffs note that the Department appears to be working on ways to more efficiently utilize CFEs, and commend the Department for that development. Plaintiffs are hopeful that Defendant will continue its forward trajectory toward long-term, sustained compliance with the terms of the Consent Decree as they relate to the provision of Outpatient Mental Evaluations. Given that the wait times for inpatient-based services remain both protracted and stagnant, Plaintiffs also look forward to turning to fixing Defendant's continued compliance issues with inpatient measures.

Dated: February 23, 2022

        Respectfully submitted,

/s/ Thomas B. Klinner_____
Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
Nancy S. Jones (ASB-4740-S66N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@mh.alabma.gov

*Attorneys for Defendant Kimberly G. Boswell*

/s/ Shandra N. Monterastelli_____
Shandra N. Monterastelli (ASB-1016-N00Q)
ALABAMA DISABILITIES ADVOCACY PROGRAM
William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone:  (205) 348-4928
Facsimile:   (205) 348-3909
Email:  wvanderpoljr@adap.ua.edu
       lwilliams@adap.ua.edu
       smonterastelli@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone:  (256) 764-4141

4

Facsimile:  (877) 864-0802
Email:  hank@alcivilrights.com

Tish G. Faulks
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone:  (334) 420-1741
Facsimile:  (334) 269-5666
Email: tgfaulks@aclualabama.org

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 23rd day of February, 2022.

| | |
|---|---|
| Shandra N. Monterastelli<br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner_____
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant