IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | |
| KIMBERLY G. BOSWELL, in her official capacity as the Commissioner of the Alabama Department of Mental Health, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the representations made on the record on February 25, 2022, it is ORDERED that the court will not take any immediate action at this time.

DONE, this the 25th day of February, 2022.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**