IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,    )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )    2:16cv798-MHT
                            )         (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
     Defendant.             )
```

ORDER

Due to a scheduling conflict, it is ORDERED that the status conference (by Zoom), now set for November 10, 2022, is reset for November 7, 2022, at 1:00 p.m., with the parties' joint report due three business days before this new date.  *See* November 15, 2021, Order (Doc. 211) at 2 (detailing the content to be included in such joint preconference reports).

DONE, this the 11th day of October, 2022.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE