IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,    )
                            )
    Plaintiffs,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:16cv798-MHT
                            )         (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
    Defendant.              )
```

### ORDER TERMINATING CONSENT DECREE
### AS TO HOSPITAL AND COMMUNITY BEDS

Based on the representations made on the record during a video status conference on January 11, 2023, and without objection from any party, it is ORDERED as follows:

Effective as of February 1, 2023, the defendant's obligations as to increasing and maintaining the number of available hospital forensic beds and community forensic beds (and reporting on such) are terminated.

*See* Final Settlement Approval and Order (Doc. 93) at 7; Consent Decree (Doc. 94) at 7, 18-19.

DONE, this the 18th day of January, 2023.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**