IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,    )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )        2:16cv798-MHT
                            )            (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
     Defendant.             )
```

ORDER ON STATUS-CONFERENCE SCHEDULE

Based on the representations made on the record during a video status conference on January 11, 2023, it is ORDERED as follows:

(1) Additional status conferences to assess the defendant's progress will be held at 9:00 a.m. on May 15, 2023, and August 14, 2023. The courtroom deputy is to arrange for these status conferences to be conducted by videoconference. After the last of the conferences

listed above, the court will reassess whether further conferences are warranted.

(2) Three business days before each status conference listed above, the parties shall file a joint report explaining what steps have been taken (and the results and effectiveness of such steps) to improve ADMH's noncompliance since the previous status conference.

DONE, this the 19th day of January, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE