IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>KIMBERLY G. BOSWELL, )<br>in her official capacity )<br>as Commissioner of the )<br>Alabama Department of )<br>Mental Health, )<br>  )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:16cv798-MHT<br>(WO) |

**AMENDED ORDER ON STATUS-CONFERENCE SCHEDULE**

Based on the representations made on the record during a video status conference on January 11, 2023, it is ORDERED as follows:

(1) Additional status conferences to assess the defendant's progress will be held at 9:00 a.m. on May 15, 2023, and August 14, 2023. The courtroom deputy is to arrange for these status conferences to be conducted by videoconference. After the last of the conferences

listed above, the court will reassess whether further conferences are warranted.

(2) Three business days before each status conference listed above, the parties shall file a joint report explaining what steps have been taken (and the results and effectiveness of such steps) to improve ADMH's noncompliance since the previous status conference.

(3) Three business days before the status conference on May 15, 2023, the parties shall file a joint report containing proposals as to how the court should approach the remaining aspects of the case, including ways to measure whether ADMH's approaches are working, how best ADMH should report its progress to the court, and what metrics or benchmarks both the court and the plaintiffs should be focusing on to assess progress.

DONE, this the 19th day of January, 2023.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE