UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,

Plaintiffs,

v.

KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,

Defendant.

CASE NO. 2:16-cv-00798-MHT-CSC

CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF

**JOINT STATUS REPORT**

The named Plaintiffs as class representatives, the Alabama Disabilities Advocacy Program, and the named Defendant, Kimberly G. Boswell, Commissioner of the Alabama Department of Mental Health (the Department), submit this report as ordered by the Court on June 7, 2021 on the status of compliance with the Consent Decree entered in this action on January 25, 2018 (see Order

ECF No. 191; Consent Decree, ECF No. 94), and in compliance with the Court's Order of January 19, 23 (ECF No. 249).

**DEFENDANT'S STATUS UPDATE**

The parties' last status hearing before this Court took place on January 11, 2023. The Department has taken steps to demonstrate substantial compliance with outpatient evaluations and reporting outlined in the Consent Decree over the last 18 months. The Department has done so despite an increase in orders over the past several months. These steps have proven to be effective in meeting wait day deadlines.

Taylor Hardin Secure Medical Facility is currently utilizing all of its 140 beds. Renovations are ongoing that will eventually result in additional beds. The inpatient waitlist was 218 as of the end of April 2023. The pace of inpatient orders from Circuit Courts has not decreased.

The Department's recently constructed 16-bed forensic hospital-like facility in Greenville, Alabama (The Norman-McLendon Facility) is currently operating at full capacity. Inpatient treatment, competency evaluations and competency restoration are ongoing at the Norman-McLendon Facility.

The Department continues to fully utilize 27 inpatient beds at Hill Crest Hospital in Birmingham for inpatient treatment, competency evaluations, and competency restoration.

In August of 2022, the Department contracted with Rapid Staffing, a nationwide personnel staffing company that has mental health workers and nurses to adjust to staffing shortages. This was done specifically to assist with staffing at Taylor Hardin Secure Medical Facility. This contract has increased the staff to patient ratio at Taylor Hardin.

Prior to the COVID-19 pandemic in 2020, the Department had begun a pilot program to perform outpatient competency restoration on a limited basis in Jefferson County in cooperation

with JBS Mental Health. The Department is preparing to resume this program after having been discontinued due to COVID. Defendants are currently being screened for participation.

In the last Status Report, the Department reported that a jail-based competency restoration program would be piloted in 2023 in partnership with the University of Alabama FARE (Forensic Assessment, Research and Evaluation) team as the result of a grant from the Bureau of Justice Assistance. The Department and FARE are making final preparations to begin this program in the very near-future. A committee has been formed to oversee the program and graduate students are being recruited to facilitate its implementation. Two Alabama county jails have agreed to participate in the initial pilot program. The Department and FARE are currently working with these jails to formulate procedures for the program.

Six representatives of the Department recently attended the "Policy Academy on Competence to Stand Trial and Competence Restoration" in Rockville, Maryland on April 19-20, 2023. The conference was sponsored by the Substance Abuse and Mental Health Services Administration (SAMHSA), a federal agency. The conference included teams from Alabama, North Carolina, New Mexico, Texas, and the District of Columbia. There were presentations by various clinicians and members of the judiciary. A copy of the agenda from the conference is attached hereto.

The Office of Forensic Mental Health Services has recently conducted training for clinical staff and students to establish a new protocol designed to screen for malingering upon admission to Taylor Hardin. By screening for malingering at the earliest opportunity, clinicians can better identify those patients who will respond to treatment successfully and those who may be more resistant to treatment.

The Office of Forensic Mental Health has also recently conducted training for clinical staff and students related to identifying risk factors for patients earlier in their admission so that these risks can be mitigated more effectively prior to discharge.

The Department and the University of Alabama Southern Behavioral Health and Law Initiative are sponsoring their Second Annual Forensic Conference on May 18, 2023, in Tuscaloosa, Alabama. The conference is open to all judges, attorneys, clinicians, and anyone else interested in forensic mental health services. CLE and CEU credits are provided to attorneys and clinicians. A copy of the proposed agenda for the conference is attached hereto.

The Department has recently created the position of Director of Facilities. This position will oversee the Department's three facilities in Tuscaloosa (Bryce, Taylor Hardin, and Harper Center). The Department has hired a permanent Facility Director for Taylor Hardin who will begin work on or about May 16, 2023. Taylor Hardin has been operating with an Interim Director for the past several months.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATUS UPDATE**

Plaintiffs are heartened to see that the Department is able to describe the concrete steps it is taking to improve its inpatient-based services and, hopefully, to get onto a more stable trajectory toward Substantial Compliance with the outstanding compliance measures in the Consent Decree. Plaintiffs are especially encouraged to see the Department thinking creatively about how to deliver competency services in non-institutional settings. The Department's efforts on this front are exceptionally important at this stage, as wait times for inpatient admissions have continued to climb. In the Monitoring Period from February 1 – April 30, 2023, 12 of the 13 men who were admitted to facilities for Competency Restoration Treatment waited more than 300 days.

As Plaintiffs have noted, building out non-institutional methods of delivering competency services will contribute to more effective utilization of the Department's operational capacity. More effective utilization of the Department's operational capacity will, in turn, hopefully move Defendant further along on the path to substantial compliance with the terms of the Consent Decree. Creating a broad, working structure for forensic treatment requires more than simply adding more bed capacity, and Plaintiffs are pleased to see Defendant's move toward implementing additional interventions to improve the provision of competency services in Alabama and move toward compliance with the terms of the Consent Decree.

It is also evident that the Department is working to bring average wait times for provision of Outpatient Mental Evaluations back in line with the requirements for substantial compliance. Average wait times for Outpatient Mental Evaluations were under 34 days in February, March, and April when taking skips and jumps into account. They were also under 34 days when calculated in date-of-receipt order in February, but climbed back up to 38.3 days and 38 days in March and April, respectively. The Department did make more of an effort to provide narrative reasons over the most recent Monitoring Period than in the preceding several months. Plaintiffs are hopeful this trend will continue. These fluctuations, however, illustrate the importance of this Court extending monitoring of and retaining jurisdiction over outpatient-based compliance measures until the Department's outpatient forensic system is more stable and sustainable.

Dated: May 10, 2023

Respectfully submitted,

/s/ Thomas B. Klinner

Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building

100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov

*Attorneys for Defendant Kimberly G. Boswell*

/s/ Shandra N. Monterastelli

Shandra N. Monterastelli (ASB-1016-N00Q)
William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
ALABAMA DISABILITIES ADVOCACY PROGRAM
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
smonterastelli@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

Tish G. Faulks
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone: (334) 420-1741
Facsimile: (334) 269-5666
Email: tgfaulks@aclualabama.org

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 10th day of May 2023.

| | |
|---|---|
| Shandra N. Monterastelli<br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant