IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,      )
                              )
     Plaintiffs,              )
                              )       CIVIL ACTION NO.
     v.                       )         2:16cv798-MHT
                              )             (WO)
KIMBERLY G. BOSWELL,          )
in her official capacity      )
as Commissioner of the        )
Alabama Department of         )
Mental Health,                )
                              )
     Defendant.               )
```

ORDER

Based on the representations made on the record on May 15, 2023, regarding ongoing issues besides the two pending motions related to outpatient mental evaluations (Doc. 226 & Doc. 243), it is ORDERED that, per the court's order of January 19, 2023 (Doc. 249), the parties should address the following issues in their prehearing brief and be prepared to do the same at the status conference set for August 14, 2023, at 9:00 a.m.:

(1) Inpatient mental evaluations;

(2)  Outpatient competency restorations;

(3)  Inpatient competency restorations; and

(4)  The emergency-treatment protocol.

DONE, this the 16th day of May, 2023.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE