IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,   )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:16cv798-MHT
                           )           (WO)
KIMBERLY G. BOSWELL,       )
in her official capacity   )
as Commissioner of the     )
Alabama Department of      )
Mental Health,             )
                           )
     Defendant.            )
```

ORDER

Based on the representations made on the record on May 15, 2023, it is ORDERED that:

(1) By May 30, 2023, the parties are to file separate briefs that address the following issues: (A) how to interpret the consent decree and any later agreements or modifications as to the issue of termination or extension of the parties' obligations as to outpatient mental evaluations; (B) the effect, if any, of the plaintiffs' alleged initial decision not to oppose the defendant's

petition to terminate (Doc. 226); (C) what showing(s) must be made to warrant a termination or an extension; (D) how to proceed with respect to class members as part of the process of considering any termination or extension, including all relevant constraints or requirements; and (E) any other relevant issues to the pending petition to terminate (Doc. 226) and motion to extend (Doc. 243)

(2) Any reply briefs are due by June 6, 2023.

DONE, this the 16th day of May, 2023.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**