UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,<br><br>Defendant. | CASE NO. 2:16-cv-00798-MHT-CSC<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

**JOINT STATUS REPORT**

The named Plaintiffs as class representatives, the Alabama Disabilities Advocacy Program, and the named Defendant, Kimberly G. Boswell, Commissioner of the Alabama Department of Mental Health (the Department), submit this report as ordered by the Court on January 19, 2023 (ECF No. 249) and May 16, 2023 (ECF No. 259) on the status of compliance with the Consent

Decree entered in this action on January 25, 2018 (see Order ECF No. 191; Consent Decree, ECF No. 94).

**DEFENDANT'S STATUS UPDATE**

The Court's order of May 16, 2023 directed the parties to address the following issues in their report to the Court in advance of the August 14, 2023 Status Conference: (1) Inpatient mental evaluations; (2) Outpatient competency restorations; (2) Inpatient Competency restorations; and (4) the emergency-treatment protocol.

**(1) Inpatient mental evaluations**

The Department is currently utilizing all of its 140 beds at Taylor Hardin Secure Medical Facility in Tuscaloosa, 16 beds at the Norman-McLendon Facility in Greenville, and 27 beds at Hill Crest Hospital in Birmingham. Construction is ongoing at Taylor Hardin to an add an additional 86 beds. While the Department is still completing outpatient evaluations in a timely manner, the inpatient waiting list continues to grow as the pace of orders continues to grow faster than the pace of discharges.

Taylor Hardin has recently added a new psychiatrist and another psychologist. The psychologist was a former clinical director at Taylor Hardin.

ADMH is adopting a new model for risk assessment to improve person-centered treatment and identify areas of need early in the process. Training was offered in May and June of 2023 to clinicians and forensic examiners. Additional training will be rolled out for treatment teams in August and September of 2023 with the model expected to be fully implemented in January of 2024.

ADMH has also implemented a new procedure to better screen newly admitted patients for malingering and/or feigning. This approach has been helpful for patients whose treatment process has become "stalled" or "stuck" by finding more effective treatment responses.

**(2) Outpatient competency restorations**

The Department is beginning meetings next week to implement the jail-based competency restoration pilot program in Jefferson County. Participants are going to tour the jail and establish logistics for the program. Following the tour, an operational meeting will be held in September to finalize plans to roll out the program this fall.

The Office of Forensic Mental Health Services recently began a community-based restoration pilot program in Shelby County in partnership with the Shelby County Public Defender's Office. This program has allowed certain defendants to remain on bond while receiving competency restoration services and avoid adding defendants to the inpatient waiting list. The Department is hopeful that this service can be expanded in the future but additional resources and personnel will be needed to fully staff these services.

**(3) Inpatient competency restorations**

As stated above, all inpatient beds are being fully utilized for inpatient mental evaluations and competency restoration services. The waiting list continues to grow despite addition of inpatient beds pursuant to the Consent Decree. The pace of new court orders continues to stay ahead of the pace of patient discharges.

The Office of Forensic Mental Health Services has developed mandatory training for existing Bryce and Taylor Hardin staff as well as new staff to provide a better understanding of forensic services within ADMH. Staff now have a better understanding of the various types of

commitments and how they relate to the patients' legal proceedings. This training is now part of the new employee orientation at Taylor Hardin.

**(4) The emergency-treatment protocol**

The Department has continued to respond to requests for emergency admission from jails pursuant to the Consent Decree. The Department screens every request through the Office of Forensic Mental Health Services by reviewing available records and sending a representative of the local mental health authority to assess the request. If the defendant meets emergency admission criteria they are given priority placement in an inpatient facility. If they do not meet emergency admission criteria, the local mental authority is requested to provide follow-up services in the jail to meet any non-emergency mental health needs. Since this protocol has been in effect pursuant to the Consent Decree there have been no known suicides or deaths of class members waiting in county jails for inpatient services.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATUS UPDATE**

Plaintiffs are heartened to see the latest steps the Department is taking to improve its inpatient-based services and, hopefully, to get onto a more stable trajectory toward Substantial Compliance with the outstanding compliance measures in the Consent Decree. Plaintiffs are especially encouraged to see the Department thinking creatively about how to deliver competency services in non-institutional settings. The Department's efforts on this front are exceptionally important at this stage, as wait times for both male and female inpatient admissions have continued to climb.

As Plaintiffs have noted, building out non-institutional methods of delivering competency services will contribute to more effective utilization of the Department's operational capacity. More effective utilization of the Department's operational capacity will, in turn, hopefully move

Defendant further along on the path to substantial compliance with the terms of the Consent Decree. Creating a broad, working structure for forensic treatment requires more than simply adding more bed capacity, and Plaintiffs are pleased to see Defendant's move toward implementing additional interventions to improve the provision of competency services in Alabama and move toward compliance with the terms of the Consent Decree.

It is also evident that the Department has continued to work to bring average wait times for provision of Outpatient Mental Evaluations back in line with the requirements for substantial compliance. Average wait times for Outpatient Mental Evaluations were under 34 days in May, June, and July 2023 when taking skips and jumps into account, and when calculated in date-of-receipt order in May and July 2023. The Department also continued its efforts to provide narrative reasons over the most recent Monitoring Period than in the preceding several months. Plaintiffs are hopeful this trend will continue.

Overall, it is clear that the Department wants to make their forensic system work. It would be extremely helpful to see Defendant concretize the proposed interventions even more in the coming months. Plaintiffs commend Defendant for putting in the work to think creatively and proactively about how to remediate the continued barriers to compliance with the Consent Decree, and specifically its inpatient-based portions. For example, it would be helpful to understand the general thrust, if not the content itself, of the trainings Defendant mentions regarding risk assessment(s) and the general forensic system. While these and the other interventions described above sound like they will be important and helpful in remediating some of the more stubborn and longstanding problems within ADMH's forensic system, it is difficult to draw a meaningful connection to any potential result without more concrete, specific information.

Dated: August 9, 2023

Respectfully submitted,

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
Nancy S. Jones (ASB-4740-S66N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@mh.alabma.gov

*Attorneys for Defendant Kimberly G. Boswell*

/s/ Shandra N. Monterastelli
Shandra N. Monterastelli (ASB-1016-N00Q)
ALABAMA DISABILITIES ADVOCACY PROGRAM
William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
smonterastelli@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street

Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

Tish G. Faulks
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone: (334) 420-1741
Facsimile: (334) 269-5666
Email: tgfaulks@aclualabama.org

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 9th day of August 2023.

| | |
|---|---|
| Shandra N. Monterastelli<br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant