UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,

Plaintiffs,

v.

KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,

Defendant.

CASE NO. 2:16-cv-00798-MHT-CSC

CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF

**JOINT STATUS REPORT**

The named Plaintiffs as class representatives, the Alabama Disabilities Advocacy Program, and the named Defendant, Kimberly G. Boswell, Commissioner of the Alabama Department of Mental Health (the Department), submit this report as ordered by the Court on August 16, 2023 in its Order on Status-Conference Schedule (ECF No. 271).

**DEFENDANT'S STATUS UPDATE**

The parties' last status hearing before this Court took place on August 14, 2023. The Department has taken steps to demonstrate substantial compliance with outpatient evaluations and reporting outlined in the Consent Decree over the last 2 ½ years.

Taylor Hardin Secure Medical Facility is currently utilizing all of its 140 beds. Renovations are ongoing that will eventually result in additional beds. The inpatient waitlist was 239 as of the end of January 2024. The pace of inpatient orders from Circuit Courts has not decreased.

The Department continues to fully utilize 16 inpatient beds in Greenville, Alabama (The Norman-McLendon Facility). Inpatient treatment, competency evaluations and competency restoration are ongoing at the Norman-McLendon Facility.

The Department continues to fully utilize 27 inpatient beds at Hill Crest Hospital in Birmingham for inpatient treatment, competency evaluations, and competency restoration.

The Office of Forensic Mental Health Services (OFMHS) has rolled out the Jail Based Restoration Pilot Program in the Jefferson County Jail. OFMHS has established the operational and logistical procedures for the clinician to enter the jail to deliver the restoration services. OFMHS has established a screening protocol to identify defendants who are appropriate for jail-based restoration. OFMHS has established a referral process for defendants to be screened for the program as well as for updated evaluations to be conducted after a defendant has completed the program. Five defendants are currently enrolled in the restoration group.

The OFMHS is participating in a workgroup to address the placement needs of people with intellectual disabilities and developmental disabilities (ID/DD) who are involved in the criminal justice system. This workgroup has successfully discharged and placed one patient from Taylor

Hardin to an ID waiver program. The workgroup is also exploring ways to serve defendants in the community who have a diagnosed intellectual or developmental disability but are not waiver eligible.

In order to promote collaboration across the mental health system, the OFMHS began offering monthly Community of Practice (COP) meetings. These monthly meetings are free and open to all stakeholders including our partners in the criminal justice field and staff from the regional mental health centers. Various training topics are covered. The sessions promote discussion and information sharing, as well as to establish a shared understanding of matters related to forensic mental health including treatment goals depending on legal status, identifying and responding to risk factors, and delivering treatment under a conditional release. Our hope is that this education will help to reduce stigma and increase the number of providers willing to serve people with mental illness who are involved in the criminal justice system.

The OFMHS has developed a Forensic Peer Navigator Program curriculum. Four people currently receiving services at Taylor Hardin Secure Medical Facility participated in Certified Peer training and two successfully completed the program and examination.

The OFMHS now delivers training to all staff onboarding at Taylor Hardin through New Employee Orientation. The orientation session provides information to all staff, including direct care and non-clinical staff, regarding the reasons for admission and legal status of patients, the goals of treatment based on the patient's legal status, and information on interventions and supports that should be offered to the patient in order to fulfill the court order. The sessions further educate all staff about the current waitlist, the competency crisis, and the importance of targeting treatment in a way that will create efficiency to preserve the rights of individuals not only in our custody but also those who are in jail waiting for a bed to become available.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATUS UPDATE**

Plaintiffs are heartened by the Department's latest efforts to build out its forensic system and, hopefully, to get onto a more stable trajectory toward Substantial Compliance with the outstanding compliance measures in the Consent Decree. Plaintiffs are especially encouraged to see the Department thinking creatively about how to deliver competency services in non-institutional settings. The Department's efforts on this front are exceptionally important at this stage, as wait times for both male and female inpatient admissions have continued to climb.

As Plaintiffs have noted, building out non-institutional methods of delivering competency services will contribute to more effective utilization of the Department's operational capacity. More effective utilization of the Department's operational capacity will, in turn, hopefully move Defendant further along on the path to substantial compliance with the terms of the Consent Decree. Creating a broad, working structure for forensic treatment requires more than simply adding more bed capacity, and Plaintiffs are pleased to see Defendant's move toward implementing additional interventions to improve the provision of competency services in Alabama and move toward compliance with the terms of the Consent Decree.

While it is evident that the Department has continued to work to bring average wait times for provision of Outpatient Mental Evaluations back in line with the requirements for Substantial Compliance and to improve its efforts to provide narrative reasons for skips and delays in provision of Outpatient Mental Evaluations, the average timeframes for submissions of the reports on those evaluations are on a concerning trajectory. It is not clear why those timeframes have continued to increase; however, Plaintiffs remain hopeful the Department will be able to bring them back in line with the Substantial Compliance requirements.

Overall, it is clear that the Department wants to make its forensic system work. Plaintiffs commend Defendant for putting in the work to think creatively and proactively about how to remediate the continued barriers to compliance with the Consent Decree, and specifically its inpatient-based portions. It would be helpful to understand the general thrust, if not the content itself, of the trainings Defendant describes above. Plaintiffs are also encouraged by the development of and would also like to know more about the Forensic Peer Navigator Program. These and the other interventions described above sound like they will be important and helpful in remediating some of the more stubborn and longstanding problems within ADMH's forensic system.

Dated: February 20, 2024

Respectfully submitted,

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Edward C. Hixon (ASB-5964-H65E)
Ashley L. Nichols (ASB-8291-E36N)
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov

*Attorneys for Defendant Kimberly G. Boswell*

/s/ Shandra N. Monterastelli
Shandra N. Monterastelli (ASB-1016-N00Q)
William Van Der Pol, Jr. (ASB-2112-114F)
Lonnie J. Williams (ASB-2866-I35W)
ALABAMA DISABILITIES ADVOCACY PROGRAM
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909

Email: wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
smonterastelli@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

Tish G. Faulks
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone: (334) 420-1741
Facsimile: (334) 269-5666
Email: tgfaulks@aclualabama.org

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 20th day of February 2024.

| | |
|---|---|
| Shandra N. Monterastelli<br>William Van Der Pol, Jr.<br>Lonnie Williams<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Nancy S. Jones<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant