IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER, et al.,    )
                             )
     Plaintiffs,             )
                             )      CIVIL ACTION NO.
     v.                      )       2:16cv798-MHT
                             )           (WO)
KIMBERLY G. BOSWELL,         )
in her official capacity     )
as Commissioner of the       )
Alabama Department of        )
Mental Health,               )
                             )
     Defendant.              )
```

ORDER

Based on the representations made on the record on February 23, 2024, and the court reporter having indicated that a transcript will be available to counsel by February 27, 2024, it is ORDERED that:

(1) On or before March 13, 2024, Special Monitor Dr. Virginia Scott-Adams, with the assistance of defense counsel, shall submit to the court a statement of the views she expressed at the hearing on February 23, 2024. Dr. Scott-Adams may clarify, modify, and supplement what she said at the hearing.  The court simply wants a

comprehensive statement of her current views for the record.

    (2) On or before March 22, 2024, plaintiffs' counsel may file a reply, at her option.

    DONE, this the 28th day of February, 2024.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**