IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,    )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         2:16cv798-MHT
                            )              (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
    Defendant.              )
```

ORDER

Based on the representations made on the record during a video status conference on August 23, 2024, it is ORDERED as follows:

(1) Plaintiffs' motion to extend monitoring and jurisdiction (Doc. 243) and defendant's motion for relief from reporting outpatient evaluation statistics to the monitor (Doc. 226) are both dismissed without prejudice.

(2)  The parties are to file a joint motion for relief from inpatient and outpatient evaluation monitoring by September 23, 2024.

(3) An additional status conference to assess the defendant's progress will be held at 9:00 a.m. on February 26, 2025.  The courtroom deputy is to arrange for this status conference to be conducted by videoconference.  After the conference, the court will reassess whether further conferences are warranted.

(4)  Three business days before the status conference listed above, (a) the parties shall file a joint report explaining what steps have been taken (and the results and effectiveness of such steps) to improve ADMH's noncompliance since the previous status conference, and (b) the plaintiffs shall continue to file the "supplemental data reports" discussed in their response filed on August 14, 2023 (Doc. 269).

DONE, this the 26th day of August, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE