IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | (WO) |
| KIMBERLY G. BOSWELL, | ) | |
| in her official capacity | ) | |
| as Commissioner of the | ) | |
| Alabama Department of | ) | |
| Mental Health, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TERMINATING CONSENT DECREE PROVISIONS
AS TO INPATIENT AND OUTPATIENT MENTAL EVALUATION
MONITORING**

Upon consideration of the joint motion for partial termination of consent decree (Doc. 286), it is ORDERED that:

(1) The motion is granted.

(2) The monitoring provisions of the consent decree pertaining to inpatient and outpatient mental evaluations are terminated.  All other provisions not otherwise

terminated shall remain, including monitoring of competency restoration treatment.  *See* Consent Decree (Doc. 94).

DONE, this the 17th day of September, 2024.

/s/ Myron H. Thompson<br>UNITED STATES DISTRICT JUDGE