UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMONTRAY HUNTER, et al.,

Plaintiffs,

v.

KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,

Defendant.

CASE NO. 2:16-cv-00798-MHT-CSC

CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF

NOTICE OF SUBMISSION OF MONITORING REPORT

The Alabama Disabilities Advocacy Program, as the monitor designated in the Consent Decree entered in this action, ECF No. 94, hereby gives notice of its submission, on February 14, 2025 of the Monitoring Reports for the following Monitoring Periods: • November 1, 2024 to January 31, 2025. The Monitoring Reports in their entirety are only submitted to the Defendant, and do not go to the Court. The reports are therefore not attached to this Notice of Submission.

Dated: February 14, 2025

Respectfully submitted,

s/William Van Der Pol, Jr.
William Van Der Pol, Jr.
(ASB-211211F)
ALABAMA DISABILTIES ADVOCACY PROGRAM
2008 12th Street Box 870395 Tuscaloosa, Alabama 35487-0395
T: (205) 348-4928 F: (205) 348-3909
Email: smhartly@adap.ua.edu

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 14th day of February, 2024.

Larry G. Canada
William Van Der Pol, Jr.
Lonnie J. Williams
Alabama Disabilities Advocacy Program
2008 12th Street Box 870395
Tuscaloosa, AL 35487-0395
canada@adap.ua.edu
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu

Thomas B. Klinner
Edward C. Hixon
Ashley L. Nichols
Nancy S. Jones
Alabama Department of Mental Health
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
Nancy.Jones@mh.alabama.gov

Henry F. (Hank) Sherrod III
Henry F. Sherrod III, P.C.
119 South Court Street
Florence, AL 35630
hank@alcivilrights.com

/s/William Van Der Pol, Jr.
William Van Der Pol, Jr (ASB-2112114F)
Counsel for Plaintiffs