```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DEMONTRAY HUNTER et al.,    )
                            )
    Plaintiffs,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:16cv798-MHT
                            )            (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
    Defendant.              )
```

ORDER ON PARTIAL EXTENSION OF CONSENT DECREE

Upon consideration of the parties' joint motion for extension of the consent decree (Doc. 292), and based upon the representations made on the record during the status conference on February 26, 2025, it is ORDERED that:

(1) The motion is granted.

(2) Per the parties' agreement, the consent decree and court monitoring of the consent decree are extended to January 31, 2027, specifically as to inpatient mental competency restoration treatment under the same

conditions of the current consent decree, see Consent Decree (Doc. 94) at 11, as well as any subsequent modifications.

(3) Additional status conferences to assess the defendant's progress are set for the following dates at 9:00 a.m. by videoconference: August 21, 2025; February 13, 2026; August 14, 2026; January 15, 2027. The courtroom deputy shall arrange for the status conferences.

(4) The schedule of monitoring periods and attendant due dates for reports are as follows:

| Monitoring Period | Report Due Date |
| --- | --- |
| February 1, 2025 – April 30, 2025 | May 9, 2025 |
| May 1, 2025 – July 31, 2025 | August 8, 2025 |
| August 1, 2025 – October 31, 2025 | November 7, 2025 |
| November 1, 2025 – January 31, 2026 | February 6, 2026 |
| February 1, 2026 – April 30, 2026 | May 8, 2026 |
| May 1, 2026 – July 31, 2026 | August 7, 2026 |
| August 1, 2026 – October 31, 2026 | November 6, 2026 |
| November 1, 2026 – January 8, 2027 | January 13, 2027* |

---

* While the parties have previously requested 90-day monitoring periods and a report due date on the following week, the court believes that it is unable to accommodate that request for the last monitoring period. In essence, the parties requested that the consent decree be extended to January 31, 2027, with the result that the February 2027 report due date and February 2027 hearing would be

2

DONE, this the 28th day of February, 2025.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE

---

*after* the extension.  To ensure that any report is filed or hearing is held prior to the end of the consent decree, the court shortened the duration of the final monitoring period and correspondingly moved up the final report's due date and the date of the last six-month status conference.  The court assumes that the parties have no objection to this approach.  However, if there is an objection, the objecting party must file a written objection with the court within the next 14 days.