**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| DEMONTRAY HUNTER et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>KIMBERLY G. BOSWELL, )<br>in her official capacity )<br>as Commissioner of the )<br>Alabama Department of )<br>Mental Health, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:16cv798-MHT<br>(WO) |

**AMENDED ORDER ON PARTIAL EXTENSION OF CONSENT DECREE**[1]

Upon consideration of the parties' joint motion for extension of the consent decree (Doc. 292), and based upon the representations made on the record during the status conference on February 26, 2025, it is ORDERED that:

(1) The motion is granted.

(2) Per the parties' agreement, the consent decree and court monitoring of the consent decree are extended

---

    1. The order entered on February 28, 2025 (Doc. 294), is amended to add a new paragraph (4).

to January 31, 2027, specifically as to inpatient mental competency restoration treatment under the same conditions of the current consent decree, *see* Consent Decree (Doc. 94) at 11, as well as any subsequent modifications.

(3) Additional status conferences to assess the defendant's progress are set for the following dates at 9:00 a.m. by videoconference: August 21, 2025; February 13, 2026; August 14, 2026; January 15, 2027. The courtroom deputy shall arrange for the status conferences.

(4) Three business days before each of the status conferences listed above, (a) the parties shall file a joint report explaining what steps have been taken (and the results and effectiveness of such steps) to improve ADMH's noncompliance since the previous status conference, and (b) the plaintiffs shall continue to file the "supplemental data reports" discussed in their response filed on August 14, 2023 (Doc. 269).

(5) The schedule of monitoring periods and attendant due dates for reports are as follows:

| Monitoring Period | Report Due Date |
|---|---|
| February 1, 2025 – April 30, 2025 | May 9, 2025 |
| May 1, 2025 – July 31, 2025 | August 8, 2025 |
| August 1, 2025 – October 31, 2025 | November 7, 2025 |
| November 1, 2025 – January 31, 2026 | February 6, 2026 |
| February 1, 2026 – April 30, 2026 | May 8, 2026 |
| May 1, 2026 – July 31, 2026 | August 7, 2026 |
| August 1, 2026 – October 31, 2026 | November 6, 2026 |
| November 1, 2026 – January 8, 2027 | January 13, 2027[2] |

DONE, this the 4th day of March, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

[2] While the parties have previously requested 90-day monitoring periods and a report due date on the following week, the court believes that it is unable to accommodate that request for the last monitoring period. In essence, the parties requested that the consent decree be extended to January 31, 2027, with the result that the February 2027 report due date and February 2027 hearing would be *after* the extension. To ensure that any report is filed or hearing is held prior to the end of the consent decree, the court shortened the duration of the final monitoring period and correspondingly moved up the final report's due date and the date of the last six-month status conference. The court assumes that the parties have no objection to this approach. However, if there is an objection, the objecting party must file a written objection with the court by March 18, 2025.