**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **DEMONTRAY HUNTER, et al.,** )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>**KIMBERLY G. BOSWELL, in** )<br>**her official capacity as** )<br>**the Commissioner of the** )<br>**Alabama Department of** )<br>**Mental Health,** )<br>)<br>  Defendant. ) | **CIVIL ACTION NO.**<br>**2:16cv798-MHT**<br>**(WO)** |

**ORDER**

It is ORDERED that plaintiffs' unopposed motion for continuance of the status conference (Doc. 296) is denied as unnecessary. The status conference is currently set for August 21, 2025, not August 13, as the motion mistakenly asserts. *See* Amended Order on Partial Extension of Consent Decree (Doc. 295).

DONE, this the 16th day of July, 2025.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**