IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMONTRAY HUNTER et al.,     )
                             )
     Plaintiffs,             )
                             )
                             )    CIVIL ACTION NO.
     v.                      )     2:16cv798-MHT
                             )         (WO)
KIMBERLY G. BOSWELL,         )
in her official capacity     )
as Commissioner of the       )
Alabama Department of        )
Mental Health,               )
                             )
     Defendant.              )
```

ORDER SUBMITTING ISSUES FOR MEDIATION

A routine status conference was held in this class-action lawsuit on August 21, 2025.  The remaining issue before the court is the part of the consent decree addressing the wait-time for the competency-restoration treatments.  The consent decree limits the wait time to no more than 34 days, including an allowance for substantial compliance.  *See* Consent Decree (Doc. 94) at 11, 13.  However, the current data submitted to the court reflect the following changes in the six months since the last status conference on February 26, 2025:

- The average wait time for the entire cohort of males awaiting admission has increased from 354 days to 393 days.

- At the last status conference on February 26, 2025, the longest wait time for an individual was 796 days. There are now 35 males who have been waiting for admission for over 796 days.

- Total males awaiting a forensic hospital placement increased from 269 to 273 individuals.

- The female waitlist rose from 30 to 32 individuals.

*See* Joint Status Report (Doc. 298) at 3-4.

Given the lack of progress over the last year, plaintiffs suggest that the parties and the court examine and discuss existing barriers to ultimate compliance with the consent decree, that is, what is causing the "slow deterioration in the situation." *Id.* at 4. Plaintiffs have submitted six requests for additional reporting requirements that they believe will lead to better assessment and diagnosis of the continuing difficulties

2

faced by the Alabama Department of Mental Health in reaching compliance. *See id.* at 4-6.

Rather than addressing these two matters ((a) identification and examination of existing barriers to ultimate compliance and (b) whether to grant plaintiffs' request for additional reporting requirements) at this time, the court will submit these two issues for mediation before United States Magistrate Judge John Ott.

Accordingly, it is ORDERED that the following matters are referred to Magistrate Judge John Ott for mediation: (1) identification and examination of existing barriers to ultimate compliance, with an eye towards identifying solutions, and (2) whether to grant plaintiffs' request for additional reporting requirements. Within 35 days, the parties are to report back to the court the status of the mediation.

DONE, this the 22nd day of August, 2025.

/s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE