IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMONTRAY HUNTER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv798-MHT |
| ) | (WO) |
| KIMBERLY G. BOSWELL, ) | |
| in her official capacity ) | |
| as Commissioner of the ) | |
| Alabama Department of ) | |
| Mental Health, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR SUPPLEMENTAL DATA REPORTS

A routine status conference was held in this class-action lawsuit on August 21, 2025. The issue arose that the court had not been receiving "supplemental data reports" as required in the court's amended order on partial extension of the consent decree. *See* Order (Doc. 295) at 2, ¶ 4. The court wants those reports.

Accordingly, it is ORDERED that the parties are to submit, within 14 days, a proposal for submission of separate "supplemental data reports," as required in the

court's amended order on partial extension of the consent decree.

DONE, this the 22nd day of August, 2025.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE