UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMONTRAY HUNTER, by and through his next friend, Rena Hunter; RUSSELL D. SENN, by and through his next friend, Irene Senn; TRAVIS S. PARKS, by and through his next friend, Catherine Young; VANDARIUS S. DARNELL, by and through his next friend, Bambi Darnell; FRANK WHITE, JR., by and through his next friend, Linda White; MARCUS JACKSON, by and through his next friend Michael P. Hanle; TIMOTHY D. MOUNT, by and through his next friend, Dorothy Sullivan; HENRY P. MCGHEE, by and through his next friend, Barbara Hardy, individually and on behalf of all others similarly situated; and the ALABAMA DISABILITIES ADVOCACY PROGRAM,

Plaintiffs,

v.

KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,

Defendant.

CASE NO. 2:16-cv-00798-MHT-CSC

CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF

**JOINT REPORT OF STATUS OF REMAINING ISSUES AND SUPPLEMENTAL DATA REPORT TO COURT**

Consistent with the Court's Order (Doc. 301) requesting the parties to meet and confer and provide any applicable additional information to the Court which has previously been provided, but was not included in Doc. 298, the Parties have reviewed previously filing documents containing the datapoints the Court found were not included in Doc. 298 (see for example Docs. 195, 282). The parties have jointly concluded in light of the Court's Order (Doc. 287) that

dismissed all of the sections of the Consent Decree, except for the time frames for admission to the Department for those deemed in need of competency restoration treatment and were in fact admitted during the last reporting period (see, for example Doc. 195, Section IV). This was the sole remaining data which was not provided to the Court in Doc. 298. Hence, the Parties now jointly provide that data for the last reporting period (February 1, 2025 – July 31, 2025).

**DATES, LOCATION, WAITTIME BEFORE ADMISSION, AND PLACEMENT LOCATIONS OF INDIVIDUALS ADMITTED TO INPATIENT ADMH CUSTODY FOR COMPETENCY RESTORATION TREATMENT IN THE LAST REPORTING PERIOD**

| MONTH | #ADMITTED | LOCATION | AVE. TIME PRE-ADMISSION |
|---|---|---|---|
| FEB MALES | 6 | 5 TAYLOR HARDIN 1 HC | 607 DAYS |
| FEB FEMALES | 2 | 2 BRYCE | 177.5 DAYS |
| MAR MALES | 3 | 2 TAYLOR HARDIN 1 SC | 747.7 DAYS |
| MAR FEMALES | 3 | 3 BRYCE | 190 DAYS |
| APRIL MALES | 4 | 1 TAYLOR HARDIN 1 SC 1 HC | 632 DAYS |
| APRIL FEMALES | 2 | 2 BRYCE | 203.5 DAYS |
| MAY MALES | 9 | 3 TAYLOR HARDIN 4 HC 2 SC | 742.4 DAYS |
| MAY FEMALES | 1 | 1 BRYCE | 243 DAYS |
| JUNE MALES | 7 | 3 TAYLOR HARDIN 1 HC 3 SC | 703 DAYS |
| JUNE FEMALES | 2 | 2 BRYCE | 278.5 DAYS |
| JULY MALES | 7 | 4 HC 3 SC | 609.6 DAYS |
| JULY FEMALES | 2 | 2 BRYCE | 286.5 DAYS |

For purposes of explanation, Taylor Hardin refers to Taylor Hardin Secure Medical Facility, Bryce refers to Bryce Hospital, HC refers to Hill Crest Hospital, and SC refers to South Central Mental Health Center.

Respectfully submitted,

/s/ William Van Der Pol, Jr.
William Van Der Pol, Jr. (ASB-2112-114F)
ALABAMA DISABILITIES ADVOCACY PROGRAM
Lonnie J. Williams (ASB-2866-I35W)
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee and Plaintiff Alabama Disabilities Advocacy Program*

Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

ACLU OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36106-0179
Telephone: (334) 420-1741
Facsimile: (334) 269-5666
rmarshall@aclualabama.org

*Attorneys for Plaintiffs Demontray Hunter, Russell D. Senn, and Travis S. Parks, Vandarius S. Darnell, Frank White, Jr., Marcus Jackson, Timothy D. Mount, and Henry P. McGhee*

/s/ Thomas B. Klinner
Thomas B. Klinner
Edward C. Hixon
Ashley L. Nichols
ALABAMA DEPARTMENT OF MENTAL HEALTH
RSA Union Building
100 North Union Street
Montgomery, Alabama 36104
Tommy.Klinner@mh.alabama.gov
Eddie.Hixon@mh.alabama.gov
Ashley.Nichols@mh.alabama.gov
*Attorneys for Defendant Kimberly G. Boswell*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on the counsel of record listed below by filing same with the Clerk of Court via the CM/ECF system this 4th day of September 2025.

| | |
|---|---|
| William Van Der Pol, Jr.<br>Lonnie Williams<br>Larry Canada<br>Alabama Disabilities Advocacy Program<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, AL 35487-0395<br>wvanderpoljr@adap.ua.edu<br>lwilliams@adap.ua.edu<br>smonterastelli@adap.ua.edu | Thomas B. Klinner<br>Edward C. Hixon<br>Ashley L. Nichols<br>Alabama Department of Mental Health<br>RSA Union Building<br>100 North Union Street<br>Montgomery, Alabama 36104<br>Tommy.Klinner@mh.alabama.gov<br>Eddie.Hixon@mh.alabama.gov<br>Ashley.Nichols@mh.alabama.gov<br>Nancy.Jones@mh.alabma.gov |
| Henry F. (Hank) Sherrod III<br>Henry F. Sherrod III, P.C.<br>119 South Court Street<br>Florence, AL 35630<br>hank@alcivilrights.com | |
| Tish G. Faulks<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>tgfaulks@aclualabama.org | |

/s/ Thomas B. Klinner
Thomas B. Klinner (ASB-9911-L67T)
Counsel for Defendant