**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
DEMONTRAY HUNTER et al.,    )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )     2:16cv798-MHT
                            )         (WO)
KIMBERLY G. BOSWELL,        )
in her official capacity    )
as Commissioner of the      )
Alabama Department of       )
Mental Health,              )
                            )
    Defendant.              )
```

**ORDER ON SUPPLEMENTAL DATA REPORTS**

A routine status conference was held in this class-action lawsuit on February 17, 2026. Following the previous status conference held on August 21, 2025, the court issued an order for the parties to submit "a proposal for submission of separate 'supplemental data reports,' as required in the court's amended order on partial extension of the consent decree." Order (Doc. 301) at 1. Accordingly, on September 4, 2025, the parties filed a joint status report (Doc. 302) describing the agreement they came to about the supplemental data

reports, and included in that report a copy of the relevant data for the preceding six months. On February 12, 2026, the plaintiffs filed a new supplemental data report for the following six months.

Accordingly, it is ORDERED that the plaintiffs should continue filing supplemental data reports every six months. Per the court's amended order on partial extension of the consent decree, the supplemental data reports are due three days before the status conferences scheduled for August 14, 2026, and January 15, 2027. *See* Order (Doc. 295) at 2, ¶ 4.

DONE, this the 19th day of February, 2026.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**