IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | (WO) |
| KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO SUBMIT PLAN FOR JUDICIAL VISITATION

Based on representations made during the status conference on October 9, 2026, it is ORDERED that the parties are to submit, by November 13, 2026, a joint proposal for this court to visit the Taylor Hardin Secure Medical Facility and a diverse but small sample of local jails in order to better understand the competency restoration process and any meaningful variation across facilities. The plan should include proposed dates and

**facilities and, to the extent possible and desired, the participation of any Alabama Circuit Court Judges.**

**DONE, this the 13th day of October, 2025.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**