IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONTRAY HUNTER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv798-MHT |
| | ) | (WO) |
| KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO FILE JOINT MOTION FOR EXTENSION

By agreement of the parties made during the status conference on October 9, 2026, it is ORDERED that the parties are to submit, by October 19, 2026, a joint motion for partial extension of the consent decree, specifically as to inpatient mental-competency-restoration treatment under the same conditions of the current consent decree, *see* Consent Decree (Doc. 94) at 11, as well as any subsequent modifications.

DONE, this the 13th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE