**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **DEMONTRAY HUNTER et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:16cv798-MHT** |
| | ) | **(WO)** |
| **KIMBERLY G. BOSWELL, in her official capacity as Commissioner of the Alabama Department of Mental Health,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ON PARTIAL EXTENSION OF CONSENT DECREE**

**Upon consideration of the parties' joint motion for partial extension of the consent decree (Doc. 326), and based upon the representations made on the record during the status conference on October 9,2026, it is ORDERED that:**

**(1) The motion is granted.**

**(2) Per the parties' agreement, the consent decree and court monitoring of the consent decree are extended to January 31, 2028, specifically as to inpatient mental-competency-restoration treatment under the same**

**conditions of the current consent decree, *see* Consent Decree (Doc. 94) at 11, as well as any subsequent modifications.**

**(3) The status conference that is currently set for January 15, 2027, is continued to April 16, 2027, at 9:00 a.m., by Zoom.**

**(4) Additional status conferences to assess the defendant's progress are set for the following dates at 9:00 a.m., by Zoom: October 13, 2027, and January 25, 2028. The courtroom deputy shall arrange for the status conferences.**

**(4) Three business days before each of the status conferences listed above, the parties shall file (a) a joint status report regarding the progress ADMH has made toward meeting the 30-day limit on waits for competency-restoration treatment, and (b) a supplemental data report, as detailed in the order on joint reports (Doc. 327).**

**(5) The schedule of monitoring periods and attendant due dates for reports is as follows:**

| Monitoring Period | Report Due Date |
|---|---|
| August 1, 2026 - March 31, 2027 | April 6, 2027 |
| April 1, 2027 - September 31, 2027 | October 5, 2027 |
| October 1, 2027 - Jan 14, 2028 | January 18, 2028 |

DONE, this the 19th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE